IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO R. VENEGAS,

    Plaintiff,

  v.

INDYMACK BANK, WASHINGTON MUTUAL, CHASE BANK; and DOES 1 through 5, inclusive,

    Defendants.

_____/

Case No. 2:09-CV-00289-JAM-GGH

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELEIF CAN BE GRANTED

Currently pending before the Court is Defendant JPMorgan Chase Bank, N.A.'s Motion, for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank, pursuant to Federal Rule of Civil Procedure 12(b)(6) To Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted. Doc. # 5. Having considered the papers filed in support of Defendants' Motion and Plaintiff's Non-Opposition to

the Motion, Defendants' Motion Pursuant to Rule 12(b)(6) To Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted is hereby GRANTED.

IT IS SO ORDERED.

Dated: March 30, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE