UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO R. VENEGAS,<br><br>      Plaintiff,<br><br>    v.<br><br>INDYMAC BANK, WASHINGTON MUTUAL, CHASE BANK, and DOES 1 through 5, Inclusive,<br><br>      Defendants. | Case No. 09-00289 JAM<br><br>(State Court Case No. 39-2008-00199355-CU-OR-STK)<br><br>ORDER GRANTING FDIC'S MOTION FOR ORDER GRANTING LEAVE TO INTERVENE AND BE SUBSTITUTED FOR DEFENDANT INDYMAC BANK<br><br>Date: April 22, 2009<br>Time: 9:00 a.m.<br>Dept: 6<br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: December 9, 2008 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  A hearing on the *Motion for Order Granting Leave to Intervene and Be Substituted for Defendant IndyMac Bank* (the "Motion to Substitute") filed in the above-captioned case on March 13, 2009 as Docket No. 12 by the Federal Deposit Insurance Corporation (the "FDIC"), as receiver and conservator of Defendant IndyMac Bank, F.S.B. ("IndyMac"), was held before this Court on April 22, 2009; appearances were as stated on the record.

Having considered the Motion to Substitute and all related pleadings, any opposition thereto, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion to Substitute is granted for the reasons stated on the record; and

2. The FDIC, as receiver and conservator of IndyMac, is granted leave to intervene and be substituted for Defendant IndyMac Bank, F.S.B. in this action.

Dated: April 23, 2009        /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com