| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO R. VENEGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDYMAC BANK, WASHINGTON MUTUAL, CHASE BANK, and DOES 1 through 5, Inclusive,<br><br>　　　　Defendants. | Case No. 09-00289 JAM<br><br>(State Court Case No. 39-2008-00199355-CU-OR-STK)<br><br>ORDER RE: MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT COURT OF CALIFORNIA<br><br>Date: April 22, 2009<br>Time: 9:00 a.m.<br>Dept: 6<br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: December 9, 2008 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. 09-00289 JAM
ORDER RE MOTION TO TRANSFER VENUE

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  A hearing on the *Motion to Transfer Venue to the Central District Court of
2  California* (the "Motion to Transfer Venue") filed in the above-captioned case on
3  March 20, 2009 as Docket No. 20 by the Federal Deposit Insurance Corporation (the
4  "FDIC"), as receiver and conservator of Defendant IndyMac Bank, F.S.B.
5  ("IndyMac"), was held before this Court on April 22, 2009; appearances were as
6  stated on the record.
7  Having considered the Motion to Transfer Venue and all related pleadings,
8  any opposition thereto, and the arguments of counsel, and good cause appearing,
9  IT IS HEREBY ORDERED THAT:
10  1. The Motion to Transfer Venue is moot for the reasons stated on the
11  record.

Dated: April 23, 2009

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com