1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10               SACRAMENTO DIVISION

11  ARMANDO R. VENEGAS,              Case No. 09-00289 JAM

12          Plaintiff,               (State Court Case No. 39-2008-
                                     00199355-CU-OR-STK)
13      v.
                                     ORDER **(AS MODIFIED)** GRANTING
14  INDYMAC BANK, WASHINGTON         FDIC'S MOTION TO DISMISS
    MUTUAL, CHASE BANK, and DOES     COMPLAINT OR, IN THE
15  1 through 5, Inclusive,          ALTERNATIVE, FOR MORE
                                     DEFINITE STATEMENT
16          Defendants.
                                     Date:    April 22, 2009
17                                   Time:    9:00 a.m.
                                     Dept:    6
18                                   Judge:   Hon. John A. Mendez

19                                   Complaint Filed: December 9, 2008

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

Case No. 09-00289 JAM
ORDER GRANTING FDIC'S MOTION TO
DISMISS COMPLAINT

821998
PDF created with pdfFactory trial version www.pdffactory.com

A hearing on the *Motion to Dismiss Complaint or, in the Alternative, for More Definite Statement* (the "Motion to Dismiss") filed in the above-captioned case on March 13, 2009 as Docket No. 14 by the Federal Deposit Insurance Corporation (the "FDIC"), as receiver and conservator of Defendant IndyMac Bank, F.S.B. ("IndyMac"), was held before this Court on April 22, 2009; appearances were as stated on the record.

Having considered the Motion to Dismiss and all related pleadings, any opposition thereto, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    The Motion to Dismiss is granted for the reasons stated on the record; and

2.    Plaintiff's Complaint, as against IndyMac and the FDIC, as receiver and conservator of IndyMac, is dismissed.


Dated:  April 23, 2009                              /s/ John A. Mendez_____
                                                    Hon. John A. Mendez
                                                    Judge, United States District Court

Case No.  09-00289 JAM
ORDER GRANTING FDIC'S MOTION TO
DISMISS COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com