JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
VALERIE K. BRENNAN (CA Bar No. 248148)
vbrennan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS ACQUIRER
OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON
MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE
CORPORATION ACTING AS RECEIVER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO R. VENEGAS, <br><br> Plaintiff, <br><br> v. <br><br> INDYMACK BANK, WASHINGTON MUTUAL, CHASE BANK DOES 1 through 5, inclusive, <br><br> Defendants. | **CASE NO.: 2:09-CV-00289-JAM-GGH** <br><br> **JUDGE:** John A. Mendez <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO REMAND AND MOTION TO VACATE DISMISSAL** <br><br> **Action Filed:** December 9, 2008 |

The hearing on the Motion to Remand and Motion to Vacate Dismissal of plaintiff Armando Venegas ("Plaintiff") was held before this Court on April 22, 2009 in courtroom 6 of the above-entitled Court. S. Christopher Yoo, Esq. of Adorno, Yoss, Alvarado & Smith, a professional corporation, appeared for defendant JPMorgan Chase Bank, N.A. ("JPMorgan"), for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu"). Plaintiff appeared

1
REQUEST FOR JUDICIAL NOTICE

PDF created with pdfFactory trial version www.pdffactory.com

in pro per. Marlene M. Moffitt, Esq. appeared for the Federal Deposit Insurance Corporation (the "FDIC"), as receiver and conservator of defendant IndyMac Bank, F.S.B. ("IndyMac").

Having considered the Motion to Remand and Motion to Vacate Dismissal, and all related pleadings, any opposition thereto, and the arguments of counsel and Plaintiff, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion to Remand is denied because JPMorgan properly and timely removed this matter to the federal court; and

2. The Motion to Vacate Dismissal is also denied, because there is no valid reason set forth to set aside the previous judgment of dismissal in favor of JPMorgan.

DATED: April 29, 2009 /s/ John A. Mendez

John A. Mendez
Judge, United States District Court

2
REQUEST FOR JUDICIAL NOTICE

1077566.1

PDF created with pdfFactory trial version www.pdffactory.com