UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO R. VENEGAS, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A.; INDYMAC BANK; WASHINGTON MUTUAL BANK, and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 2:09-CV-00289 JAM-GGH <br><br><br><br><br><br><br><br><br><br> <u>RELATED CASE ORDER</u> |
| ARMANDO R. VENEGAS, <br><br> Plaintiff, <br><br> v. <br><br> NDEX WEST, L.L.C.; ONE WEST BANK; INDYMAC FEDERAL BANK;FSB; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 2:09-CV-01236 LKK-DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

the parties.

    The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 2:09-CV-01236-LKK-DAD be reassigned to Judge John A. Mendez and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:09-CV-01236-JAM-GGH.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.  
Dated: May 18, 2009

JOHN A. MENDEZ,  
UNITED STATES DISTRICT JUDGE